UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOWHEAD TRANSPORT COMPANY, LLC, an Alaska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA LOGISTICS, LLC, a Washington limited liability company,<br><br>Defendant. | IN ADMIRALTY<br><br>No. 2:19-cv-00713<br><br>COMPLAINT |

Plaintiff Bowhead Transport Company, LLC ("Bowhead") alleges as follows:

**I. JURISDICTION**

1. The Court has subject matter jurisdiction over this matter in admiralty under 28 U.S.C. § 1333 because it involves a dispute over a contract to transport freight by sea which is a maritime contract. The Court also has diversity jurisdiction under 28 U.S.C. § 1332 because plaintiff and defendant are citizens of different states and the amount in controversy exceeds $75,000.

2. The Court has personal jurisdiction over defendant Alaska Logistics because defendant is a citizen of the State of Washington with its principal place of business located in Seattle, Washington.

COMPLAINT - 1

3. Bowhead elects to proceed on the Admiralty side of the Court pursuant to Fed. R. Civ. P. 9(h).

## II.  PARTIES

4. Plaintiff Bowhead is an Alaska limited liability company with its principal place of business in Anchorage, Alaska.

5. Defendant Alaska Logistics is a Washington limited liability company with its principal place of business in Seattle, Washington.

## III.  VENUE

6. Venue is proper in this district because Alaska Logistics is subject to personal jurisdiction within this district and it agreed to venue in this Court per the attached Agreement (Exhibit A).

## IV.  FACTS

7. At all material times, Bowhead was and is a water common carrier of goods for hire in the non-contiguous domestic trade of the United States pursuant to tariff STB BWHD300 filed with the Surface Transportation Board, which tariff governs, in part, the transportation of goods of the type and between the ports or areas as hereinafter alleged and further governed, in part, the transportation obligations identified below.

8. On June 27, 2016, Bowhead and Alaska Logistics entered into a contract titled "Transportation Agreement 2016-TA-03," under 49 U.S.C. § 14101 ("Agreement").  A true and correct copy of the Agreement is attached hereto as Exhibit A.

9. The Agreement expressly stated that it incorporated Bowhead's published tariff, which governed the Agreement absent specific terms set forth in the Agreement or in a later writing by the parties.

10. The Agreement permits the recovery of attorney's fees and costs to the substantially prevailing party in the event of a dispute arising from the Agreement.

11. In 2018, Alaska Logistics engaged Bowhead during Bowhead's 2018 freight

COMPLAINT - 2

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON  98121-2320
(206) 443-3400

season to transport various cargo from Seattle, Washington to Seward, Alaska.

12. In an email to Bowhead on June 25, 2018, Alaska Logistics' General Manager Allyn Long wrote: "[….] Do you have room on the mainline and when to [sic] you anticipate sailing. If you have room we would like a price per SF of deck to Seward or price per container to Nome, since it sounds like you're stopping there anyway. If so please provide rough pricing."

13. Bowhead's director of operations, Billy Jarrett, responded to Alaska Logistics via email with the following quote on June 25, 2018:

> We are in the process of loading out the barge this week and we plan on sailing Friday [if] all goes well. At this point we don't know how much space, if any, we'll have on the barge and hope to know by about Wednesday. Whatever space we will have leftover can be yours for $25.00 per square foot. **This would be based on total square footage loaded to the barge and not just on foot print.** Let me know if you have any questions. [Emphasis added.]

14. Allyn Long at Alaska Logistics, responded that same day: "Thank you. I am pretty confident we will take you up on the offer. We will work with Boyer to see how much room is left and how much we will need. Hopefully it works good for you as well as 'AL'."

15. On June 26, 2018, Mr. Jarrett responded, "Allyn, Your booking number is 18803 and **anything we accept for you will be billed at $25 per square foot** and Alaska Logistics will be responsible for any and all assist tugs in Seward." (Emphasis added.)

16. A copy of the aforementioned e-mails, collected in one string, are attached as Exhibit B.

17. Alaska Logistics loaded its cargo aboard Bowhead's barge, and Bowhead transported Alaska Logistics' cargo and safely delivered it to Seward, Alaska, the designated place of delivery.

18. On July 26, 2018, Bowhead issued Invoice No. 900704 to Alaska Logistics for transport of 21,887 square feet of cargo at $25.00 per square foot, from Seattle, Washington to Seward, Alaska for a total cost of $547,175. A true and correct copy of Invoice No. 900704 is

COMPLAINT - 3

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400

attached as Exhibit C.

19. Bowhead's invoice stated as follows:

> A charge of 1.5% per month (18% P.A.) WILL BE ASSESSED ON ALL PAST DUE ACCOUNTS.
>
> THIS INVOICE AND ALL SERVICES OFFERED BY CARRIER ARE SUBJECT OT THE TERMS AND CONDITIONS OF THE CARRIER'S BILL OF LADING AND TARRIF OR APPLICABLE TRANSPORATION AGREEMENT, WHICH SHALL GOVERN THE RELATIONS, WHATSOEVER THEY MAY BE, BETWEEN THE CARRIER AND THE SHPPER, OWNER AND/OR CONSIGNEE OF THE GOODS, IN EVERY CONTINGENCY AND WHENSOEVER OCCURING.

20. Bowhead's governing tariff also provides, in Section 9.G, that "Interest at the rate of one and one half percent (1.5%) per month shall accrue on all freight and charges from the issuance of the freight invoice until paid in full. Interest shall be simple, not compound."

21. The tariff also provides that attorney's fees and costs shall be recoverable by Bowhead to collect any unpaid freight charges.

22. In accordance with the Agreement, Bowhead's Invoice No. 900704, its Bill of Lading, and related tariff, Alaska Logistics was obligated to pay $547,175.

23. Despite refusing to pay, Alaska Logistics wrote to Bowhead on September 11, 2018, stating, *inter alia*, that the parties had an agreement, that Alaska Logistics had agreed to pay $25.00 per square foot, but that it should only have to pay approximately one fifth of the amount invoiced.

24. Alaska Logistics has failed and refused to pay any portion of the $547,175 invoiced, one fifth or otherwise.

25. Because Alaska Logistics has failed to pay invoice number 900704, it is responsible for a financing charge of one and a half percent (1.5%) per month, as set forth in Bowhead's invoice and governing tariff.

26. As of this date, Alaska Logistics refuses to pay the amount owed to Bowhead for invoice number 900704.

COMPLAINT - 4

27. As a result of Alaska Logistics failure to pay, Bowhead is entitled to attorney fees and costs both for its pre-litigation and post-litigation efforts in collecting sums due Bowhead.

## V.  FIRST CAUSE OF ACTION

## BREACH OF CONTRACT

28. Plaintiff hereby incorporates the above-stated allegations.

29. The transportation obligations identified above were subject to the terms of the Agreement under 49 U.S.C. § 14101 and Bowhead's Bill of Lading, invoices, and tariff.

30. Bowhead performed the requested transportation services.

31. Alaska Logistics breached the applicable contract by refusing to pay for Bowhead's services.

32. Bowhead is entitled damages in an amount to be proven at trial, but no less than $547,175.

33. As a result of its failure to pay for Bowhead's transportation services, defendant Alaska Logistics is indebted to Bowhead, as stated, and for accrued and accruing interest at 1.5% per month.

## VI.  SECOND CAUSE OF ACTION

## ATTORNEY'S FEES AND COSTS

34. Plaintiff hereby incorporates the above-stated allegations.

35. Per the governing Agreement, Bowhead may recover its pre-litigation and post-litigation attorney's fees and costs.

36. Bowhead is entitled to said remedy in an amount to be proven at trial.

## VII.  THIRD CAUSE OF ACTION

## UNJUST ENRICHMENT

37. Plaintiff hereby incorporates the above-stated allegations.

38. By performing offered services, Bowhead conferred a material benefit upon

COMPLAINT - 5

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON  98121-2320
(206) 443-3400

Alaska Logistics.

39. Bowhead performed the services at substantial expense.

40. By permitting Bowhead to perform services and refusing to compensate Bowhead, Alaska Logistics has accepted and retained the benefit of Bowhead's services.

41. Under circumstances, it is inequitable for Alaska Logistics to retain the benefit conferred upon it by Bowhead without paying the value of the services performed.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff, Bowhead Transport Company, LLC, prays:

1. That judgment be entered in favor of plaintiff and against defendant for no less than the total amount of its claim, $547,175, and all other damages proven at trial;

2. For pre-judgment and post-judgment interest at the contractual rate of 1.5% per month;

3. For an award of all legal fees and costs incurred by plaintiff; and

4. For such other and further relief this Court deems just and equitable.

DATED this Monday, May 13, 2019.

BAUER MOYNIHAN & JOHNSON
/s/ Mark A. Krisher
Mark A. Krisher, WSBA No. 39314
/s/ Amy I. Paden
Amy I. Paden, WSBA No. 50784
Attorneys for Plaintiff
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Telephone: (206) 443-3400
Fax: (206) 448-9076
Email: makrisher@bmjlaw.com
apaden@bmjlaw.com

COMPLAINT - 6

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON  98121-2320
(206) 443-3400