THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOWHEAD TRANSPORT COMPANY, LLC, an Alaska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA LOGISTICS, LLC, a Washington limited liability company,<br><br>Defendant. | IN ADMIRALTY<br><br>No. 2:19-cv-00713-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL |

Plaintiff Bowhead Transport Company, LLC and defendant Alaska Logistics, LLC hereby stipulate and agree through counsel that all claims asserted in this action have been settled and should be dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this Friday, January 03, 2020.

| | |
|---|---|
| BAUER MOYNIHAN & JOHNSON LLP | LEGROS BUCHANAN & PAUL, P.S. |
| /s/ Mark A. Krisher | /s/ Dustin C. Hamilton |
| Mark A. Krisher, WSBA No. 39314 | Dustin C. Hamilton, WSBA No. 40451 |
| /s/ Amy I. Paden | /s/ Daniel J. Park |
| Amy I. Paden, WSBA No. 50784 | Daniel J. Park, WSBA No. 43748 |
| Attorneys for Plaintiff | Attorneys for Defendant |

STIPULATION AND ORDER OF DISMISSAL - 1
Case No. 2:19-cv-00713-JLR

## ORDER

It is so ordered.

DATED this 10th day of January, 2020.

_____
Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 2
Case No. 2:19-cv-00713-JLR

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400